United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

Thomas M. Develin

Case No. 2:22-cr-178

COURTROOM MINUTES
Telephone Conference

| U.S. District Judge Sarah D. Morrison | | Date: 3/9/2023 at 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Peter Glenn-Applegate, Jessica Knight |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Robert Krapenc |
| Interpreter | | Pretrial/Probation: | |
| Log In | 1:30 pm | Log Out | 1:40 p.m. |

The Court advised it will issue an order amending the term of supervised release as to Thomas Develin to reflect each count to run concurrently instead of consecutively.

Mr. Develin's counsel, Robert Krapenc, stated the Defendant would not oppose the order and waived his client's presence for a resentencing hearing.

The Government does not oppose the waiving of the resentencing hearing.