# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

  Plaintiff,

**v.**             Case No. 2:22-CR-178
                JUDGE MORRISON

**THOMAS M. DEVELIN,**

  Defendant.

## ORDER

On the Court's own motion, the Court hereby **AMENDS** the Judgment and Commitment Order to the modify the term of supervised release imposed to reflect the following:

**The defendant shall serve a term of supervised release of 3 years on Counts 1, 2 and 3 of the information to be served concurrently with each other.**

All other terms and conditions outlined in the Judgment and Commitment Order issued on February 28, 2023 shall remain in full force as previously imposed.

  **IT IS SO ORDERED.**

                s/Sarah D. Morrison

Dated: 3/9/2023          SARAH D. MORRISON, JUDGE
                   UNITED STATES DISTRICT COURT